UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILFORD CHRISTIAN CHURCH; et al. : | | Dkt. No.: 3:23-cv-00304 |
|     Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| BETH BYE, : | | |
| in her official capacity only, : | | |
|     Defendant. : | | November 25, 2024 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

The Defendant Beth Bye hereby moves for an extension until December 20, 2024, to file a reply brief regarding the Plaintiffs' Memorandum of Law in Opposition to the Defendants' Motion to Dismiss First Amended Complaint dated November 14, 2024 (Doc. 49).

This is the first extension of time sought to respond to the Plaintiffs' Memorandum of Law in Opposition to the Defendants' Motion to Dismiss First Amended Complaint, and the Plaintiff's counsel has indicated that he does not object to the granting of this motion.

This extension is requested for several reasons, including:

1. Defendant's response is currently due on November 28, 2024.

2. Counsel has several upcoming deadlines in other cases.

3. Counsel has a preplanned vacation the last week of November.

4. Counsel for the Plaintiffs has no objection.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests the Court grant its' motion.

>                                   DEFENDANT,
>                                   BETH BYE
>
>                                   WILLIAM TONG
>                                   ATTORNEY GENERAL
>
>                               BY: */s/ Darren P. Cunningham*
>                                   Darren P. Cunningham (Juris No. 421685)
>                                   Cynthia Mahon (Juris No. 427374)
>                                   Assistant Attorneys General
>                                   165 Capitol Avenue
>                                   Hartford, CT 06106
>                                   Tel: (860) 808-5210
>                                   Fax: (860) 808-5385
>                                   darren.cunningham@ct.gov
>                                   cynthia.mahon@ct.gov

## **CERTIFICATION**

I hereby certify that on November 25, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

>                                   /s/ Darren P. Cunningham
>                                   Assistant Attorney General